MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | |
|---|---|
| TYLER WEAVER, | CAUSE NO. DV-7-2025-0000460-NE |
| Plaintiff, | Judge John A. Kutzman |
| vs. | SUMMONS |
| CALUMET MONTANA REFINING, LLC, and DOES A-Z, | |
| Defendants. | |

TO:   **CALUMET MONTANA REFINING, LLC**

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you or (42 days if you are the State of Montana, a state agency, or a state officer or employee), you must serve on Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on Plaintiff or Plaintiff's attorney, if Plaintiff is represented by an attorney, whose name and address are listed below.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.

You must file your answer or motion with the court.

DATED this __20__ day of October, 2025.

(COURT SEAL)

TINA HENRY, Clerk

By: _____
Deputy Clerk

Mark M. Kovacich
KOVACICH SNIPES JOHNSON, P.C.
P.O. Box 2325
Great Falls, MT 59403
(406) 761-5595
Attorneys for Plaintiff

**EXHIBIT 2**