**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| TYLER W. WEAVER,<br><br>Plaintiff,<br>vs.<br><br>CALUMET MONTANA REFINING, LLC, and DOES A-Z,<br><br>Defendants. | Case No. CV-25-104-GF-JTJ<br><br>**ORDER VACATING SCHEDULING ORDER AND SETTING SCHEDULING CONFERENCE** |
|---|---|

Having reviewed Defendant's Unopposed Motion to Vacate Scheduling Order and Set Scheduling Conference, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. The current scheduling order (Doc. 15) is hereby VACATED.

IT IS FURTHER ORDERED that a scheduling conference is hereby set for the 13th day of October 2026. at 10:00 a.m. The call-in number is as follows: 833-990-9400; Meeting ID: 882927420.

DATED this 8th day of October 2026.

John Johnston
United States Magistrate Judge